UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Attorney Admissions Request by Leslie Wayne Westmoreland, | No. 2:24-mc-00359-TLN<br><br>ORDER |

Leslie Wayne Westmoreland filed a request for e-filing access as an attorney. The request was referred to the undersigned. On October 4, 2024, the Court stated that Westmoreland has been disbarred from the California Bar and ordered Westmoreland to show cause within twenty-one (21) days as to why he should not be reciprocally disbarred in the Eastern District of California. No response was filed. Accordingly, Leslie Wayne Westmoreland is disbarred from practicing in the Eastern District of California, and Westmoreland's request for e-filing as an attorney is DENIED. The Clerk's Office is directed to close the case.

IT IS SO ORDERED.

Date: November 7, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

1